UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE K. DAVIS, #198028,

       Plaintiff,                                       Case No. 1:12-CV-258

v.                                                          HON. ROBERT HOLMES BELL

SHERRY WALTON, et al.,

       Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On December 27, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 44) recommending that Defendants' motion for summary judgment (Dkt. No. 30) be granted and that judgment be entered in Defendants' favor on all Plaintiff's claims.  (Dkt. No. 44, R&R.)  No objections have been filed, and the deadline for doing so has expired.[1]  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 27, 2013, R&R (Dkt. No. 44) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Dkt. No. 30) is **GRANTED**.

Dated: January 29, 2014                           /s/ Robert Holmes Bell
                                                                 ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] The R&R originally sent by U.S. Mail on December 30, 2013, was returned for a better address.  The R&R was re-mailed with the complete address on January 8, 2014.